**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF ASSIGNMENT

NOTICE OF ASSIGNMENT

OF

CASES TO HON. JED S. RAKOFF

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list have been accepted by the Hon. Jed S. Rakoff (JSR) as related to 11 CV 3775 and are assigned to his calendar.

All further documents submitted in this action must bear the Judge's initials after the docket number.

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

Dated: November 28, 2011

Ruby J. Krajick, CLERK

Shante Jones

By: ______________________________

Deputy Clerk

cc: Attorneys of Record

11cv8265

11cv8264

11cv8266

11cv8267

11cv8268

11cv8275

11cv8276

11cv8278

11cv8269

11cv8270

11cv8272

11cv8280

11cv8281

11cv8282

11cv8283

11cv8284

11cv8273

11cv8274

11cv8277

11cv8279

11cv8334

11cv8335

11cv8336

11cv8337

11cv8338

11cv8408

11cv8409

11cv8410

11cv8411